UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00035-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JASON MICHAEL BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Schedule Hearing Date for Pretrial Motions (#32). The court has previously scheduled such motion for an evidentiary hearing twice, moved other cases to provide the parties with a four hour block within which to hold such hearing, and ultimately continued the hearing at the commencement of that proceeding based on a representation that the parties had resolved this action. Counsel now report that the action is not resolved and they wish to be heard as to the Motion to Suppress tomorrow. Apparently, the only day that respective counsel and their witnesses are available is Wednesday, August 20, 2014; however, the court will be conducting a jury trial on that date, as provided in the court's published calendar.

The court will deny the Motion to Schedule Hearing and instruct the Clerk of Court to place defendant's Motion to Suppress on for hearing prior to the September 2014 trial term, if possible. If not, the court will hear the Motion to Suppress immediately after calendar call on September 15, 2014. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Schedule Hearing Date for Pretrial Motions (#32) is DENIED and the Clerk of Court is instructed to schedule the Motion to Suppress as herein provided.

Signed: August 19, 2014

Max O. Cogburn Jr.
United States District Judge