UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00035-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JASON MICHAEL BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's "Updated Request for Motion Hearing," which the court deems to be a second Motion to Set Hearing Date (#35). This time, it appears that the parties have determined that Thursday, August 28, 2014, is a better date than August 20, 2014, for hearing defendant's Motion to Suppress, a date the court previously denied as being on a scheduled civil trial date. The newly proposed date, August 28, 2014, is also included in the present civil trial term and the court is likely to still be in trial on that date. While the court is certainly concerned with convenience of the parties and their witnesses, a good starting place for any motion for hearing would be for respective counsel to discuss available times with the *Clerk of Court*. It is the core function of the Clerk of Court to schedule hearings, not chambers.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's "Updated Request for Motion Hearing," which the court deems to be a second Motion to Set Hearing Date (#35) is DENIED.

Signed: August 20, 2014