UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00035-MOC-DCK

|                              |   |       |
|------------------------------|---|-------|
| UNITED STATES OF AMERICA,    | ) |       |
|                              | ) |       |
|                              | ) |       |
| Vs.                          | ) | ORDER |
|                              | ) |       |
| **JASON MICHAEL BROWN,**     | ) |       |
|                              | ) |       |
| Defendant.                   | ) |       |

_____

**THIS MATTER** is before the court on defendant's Motion to Continue and Motion to Suppress. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue is **GRANTED,** this matter is continued to the next criminal term, and the court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(1)(B) as defendant has pled to charges in another action and such plea agreement contains a provision for the dismissal of the charges in this case upon sentencing in that case. This matter is continued to the November 2014 term, and the time is excluded.

The Motion to Suppress (#21) is **DENIED** without prejudice as withdrawn.

Signed: September 15, 2014

Max O. Cogburn Jr.
United States District Judge