UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00035-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JASON MICHAEL BROWN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#56) is GRANTED, and the Bill of Indictment is DISMISSED WITHOUT PREJUDICE.

Signed: September 17, 2015

Max O. Cogburn Jr.
United States District Judge